IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACQUELINE J. WOLFE,<br><br>                    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security;<br><br>                    Defendant. | 8:13CV187<br><br>ORDER ON UNRESISTED MOTION FOR ENLARGEMENT OF TIME |

The plaintiff, by and through her counsel, has filed an Unresisted Motion for Enlargement of Time, ECF No. 12.  The plaintiff requests an extension of 30 days in which to file and serve her brief and states that the defendant's counsel has been contacted and has expressed no objection to the extension.

IT THEREFORE IS ORDERED that:

1.  the plaintiff's Unresisted Motion for Enlargement of Time, ECF No. 12, is granted;

2.  the plaintiff shall have on or before January 17, 2014, in which to file and serve her brief;

3.  the defendant shall have 35 days from the date on which the plaintiff's brief is filed in which to file an answer brief;

4.  within one week after the defendant's answer brief is filed, the plaintiff may file a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g); and

5.  the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 4 hereof.

Dated December 16, 2013.

BY THE COURT

_/s/ Warren K. Urbom_____

Warren K. Urbom
United States Senior District Judge