IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACQUELINE J. WOLFE,<br><br>                    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>                    Defendant. | CASE NO.  8:13CV0187<br><br>JUDGMENT |

For the reasons stated in the accompanying Memorandum and Order:

IT IS ORDERED:

1. The Commissioner's decision is affirmed;

2. The appeal is denied.

.

Dated this 11th day of July, 2014

                                        BY THE COURT:


                                        s/Laurie Smith Camp
                                        Chief United States District Judge